UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

E-Z-DOCK, INC.,

      Plaintiff,

v.                                      Case No.   6:21-cv-2155-ACC-EJK

KONADOCKS LLC and BRIAN HALL,

      Defendants.

## ORDER

This cause is before the Court on Motion for Default Judgment (Doc. 19) filed on June 8, 2022. The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees with the findings of fact and conclusions of law with a single modification to the Report and Recommendation: Defendant KonaDocks is not a Florida corporation (Doc 20 at 5), it is a Wyoming limited liability company, licensed to do business in Florida, whose registered agent and managing member, Brian Hall, operates the business in Winter Garden, Florida.[1] Thus, jurisdiction over KonaDocks LLC is proper under Florida's long-arm statute

---

[1] *See* Doc. 15-2 at 5-6; *see also* https://search.sunbiz.org/Inquiry/CorporationSearch/ (Search for KonaDocks, LLC).

as explained in the Report and Recommendation in reference to the Court's jurisdiction over Hall. *Id.* at 6-7.² Although having defaulted, service on Defendants of the Motion for Default Judgment was not required, the Court notes that the Motion for Default Judgment was served via U.S. Mail at the address upon which service was effectuated. *See* Doc. 19 at 20.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 5, 2022 (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order, with the modification as set forth above.

2. The Motion for Default Judgment (Doc. 19) is hereby **GRANTED in part** on Counts I–III and V–VI.

3. The Clerk is **DIRECTED** to enter final default judgment in favor of Plaintiff, E-Z-Dock, Inc. and against Defendants and KonaDocks, LLC and Brian Hall as to Counts I–III and V–VI in the amount of $1,600,000.00 in statutory damages pursuant to 15 U.S.C. §§ 1117(c) and 1117(d), and $922.00 in costs, jointly and severally.

4. Pursuant to 15 U.S.C. § 1116(d), Defendants and their respective officers, agents, servants, employees and attorneys, and all persons in active concert

---

² The Court need not address the parties' citizenship for purposes of diversity jurisdiction because it has federal question jurisdiction, 28 U.S.C. § 1331, over Plaintiff's trademark and cybersquatting claims, and supplemental jurisdiction over the state law claims, 28 U.S.C. § 1367.

and participation with Defendants, be **PERMANENTLY RESTRAINED** and **ENJOINED** from:

    a. using the EZ Dock marks, or any other colorable imitation of the same, or any mark or trade dress that is confusingly similar to the same;

    b. doing or engaging in any other act or thing likely to induce the belief that Defendants' business or products are in any way connected with EZ Dock's business or products or are sponsored or approved by EZ Dock;

    c. registering and/or purchasing any other domain name that contains terms that are confusingly similar to Plaintiff's EZ Dock Trademarks, or any formative variations thereof;

5. Defendants are **ORDERED** to transfer the Internet domains www.ezdock.us and www.ezdockorlando.com, and any other domain that is confusingly similar to the EZ Dock Trademarks to E-Z-Dock, Inc.

6. The Clerk is **DIRECTED** to close the file.

**DONE** and **ORDERED** in Orlando, Florida on September 1, 2022.

                                        ANNE C. CONWAY
                                        United States District Judge

Copies furnished to:

Counsel of Record